IN THE UNITED STATES COURT OF FEDERAL CLAIMS
_____

Fed. Cl. Nos. 06-30 T and 06-35 T
(Senior Judge Eric G. Bruggink)
_____

RUSSIAN RECOVERY FUND LIMITED, RUSSIAN RECOVERY ADVISORS, L.L.C.,
Tax Matters Partner,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

UNITED STATES' AMENDED EXHIBIT LIST
_____

Pursuant to the Court's pre-trial Order (doc. #282) and paragraph 16 of Appendix A of the Rules of the Court of Federal Claims, defendant submits the attached list of exhibits that we

expect to offer at trial.

                                              Respectfully Submitted,

                                              s/Robert J. Higgins
                                              ROBERT J. HIGGINS
                                              Attorney of Record
                                              U.S. Department of Justice – Tax Division
                                              Court of Federal Claims Section
                                              Post Office Box 26, Ben Franklin Station
                                              Washington, D.C. 20044
                                              (202) 307-6580
                                              (202) 514-9440 (facsimile)
                                              robert.j.higgins@usdoj.gov

                                              CAROLINE D. CIRAOLO
                                               Acting Assistant Attorney General
                                              DAVID I. PINCUS
                                               Chief, Court of Federal Claims Section
                                              BART D. JEFFRESS
                                               Trial Attorney
                                              PAUL G. GALINDO
                                               Trial Attorney
                                              SHELLEY LEONARD
                                               Trial Attorney

                                              s/David I. Pincus
                                              Of Counsel
                                              Attorneys for Defendant

March 26, 2015

| DX# | Document Description | Date | Bates # |
|---|---|---|---|
| 0001 | RIPS (Russian Investment Participation Transactions) Agreement between Deutsche Bank and Tiger | as of 6/3/1998 | TIGERPROD00000335 - 373 |
| 0002 | Email from Jon Grenzke to Nancy Zimmerman | 1/25/1999 | B2-000496 |
| 0003 | Email chain between Nancy Zimmerman and Jon Grenzke | 1/25/1999 | B2-000497 |
| 0004 | Email chain between Nancy Zimmerman and Jon Grenzke | 1/25/1999 | B2-000500 |
| 0005 | Fax from Nancy Zimmerman to Jim Nix w/attachment | 2/24/1999 | H1 0000525 - H1 0000528 |
| 0006 | Email from Gabe Sunshine to Jon Grenzke and Email from Jim DiBiase to Gabe Sunshine and Nancy Zimmerman | 3/9/1999 | B2-008917 |
| 0007 | Email from Gabe Sunshine to Jon Grenzke and Email from Jim DiBiase to Gabe Sunshine and Nancy Zimmerman | 3/9/1999 | B2-008920 |
| 0008 | Memorandum from Byron Spivack to Stuart Leblang | 3/10/1999 | H1 0000529 |
| 0009 | Chart with Contact Information | 3/10/1999 | H1 0000671 - H1 0000672 |
| 0010 | Email from Sarah Wang to Francesco Piovanetti | 3/11/1999 | DB 407 |
| 0011 | Form 8264 Application for Registration of a Tax Shelter | 3/22/1999 | DB00042 - DB00046 |
| 0012 | Draft Form 8264 Application for Registration of a Tax Shelter | 3/29/1999 | DB00004 - DB00007 |

| DX# | Document Description | Date | Bates # |
|---|---|---|---|
| 0013 | Email from Francesco Piovanetti to Nancy Zimmerman | 4/5/1999 | DB 404 |
| 0014 | Email chain between Nancy Zimmerman and Francesco Piovanetti | 4/5/1999 | DB 403 |
| 0015 | Email from Francesco Piovanetti to Jay Johnston | 4/6/1999 or 4/7/1999 | DB 402 |
| 0016 | Email chain between Francesco Piovanetti and Jay Johnston | 4/7/1999 | DB 401 |
| 0017 | Email chain between Francesco Piovanetti and Jay Johnston | 4/7/1999 | DB 399 |
| 0018 | Email chain between Francesco Piovanetti and Jay Johnston | 4/7/1999 | DB 400 |
| 0019 | Notes Titled Discussion with Mike Cimbalest of J.P. Morgan | 4/19/1999 | GCMM-0000319 - 320 |
| 0020 | Minutes of Annual and Regular Meeting of Board of Directors of General Cigar Holdings, Inc., on April 20, 1999 | undated | GCMM-0000021 - 34 |
| 0021 | Notes Titled Meeting with George Rohrer Principal, New Century Funds | 4/21/1999 | GCMM-0000317 - 318 |
| 0022 | Notes Titled Discussion with Augusto Lopez Lehman Bros. Russian Market Economic Strategist Based in London | undated | GCMM-0000321 - 322 |
| 0023 | Fax from Laurence Schreiber to Janet Krajewski w/attachment | 4/27/1999 | GCMM-0000811 - 813 |
| 0024 | Fax from Laurence Schreiber to Janet Krajewski w/attachment | 4/27/1999 | GCMM-0000842 - 843 |

| DX# | Document Description | Date | Bates # |
|---|---|---|---|
| **0025** | Email from Jim DiBiase to Nancy Zimmerman and cc to Jon Grenzke | 4/30/1999 | B2-001659 |
| **0026** | Email chain between Francesco Piovanetti and Laurence Schreiber | 5/12/1999 | DB 397 |
| **0027** | Email chain between Francesco Piovanetti and Laurence Schreiber | 5/12/1999 | DB 396 |
| **0028** | Email chain between Jim DiBiase and Jon Grenzke | 5/14/1999 | B2-001935 |
| **0029** | Email chain between Jim DiBiase, Nancy Zimmerman, and Jon Grenzke | 5/14/1999 | B2-001936 |
| **0030** | Fax from Cyrill Brown to Fancesco Piovanetti | 5/14/1999 | DB00001 - 2 |
| **0031** | Fax from Laurence Schriber to Janet Krajewski | 5/14/1999 | DB00011 - 12 |
| **0032** | Fax from Nancy Zimmerman to Margery Neale w/attachment | 5/17/1999 | H1 0000216 - H1 0000218 |
| **0033** | Email chain between Jim Dibiase and Jon Grenzke | 5/19/1999 | B2-002156 |
| **0034** | Fax from Jenny Peters to Lisa Hauptman | 5/21/1999 | TIGERPROD00000322 - 325 |
| **0035** | Fax from Lisa Hauptman to Francesco Piovanetti w/attachment | 5/21/1999 | DB00008 - 10 |
| **0036** | Fax from Lisa Hauptman to Francesco Piovanetti w/attachment | 5/21/1999 | DB 363 - 365 |

| DX# | Document Description | Date | Bates # |
|---|---|---|---|
| 0037 | Fax from Lisa Hauptman to Margery Neale and Jon Grenzke w/attachments | 5/21/1999 | H1 0000069 - H1 0000073 |
| 0038 | Fax from Lisa Hauptman to Margery Neale and Jon Grenzke w/attachments | 5/21/1999 | TIGERPROD00000845 - 848 |
| 0039 | Email from Jim DiBiase to Jon Grenzke and Nancy Zimmerman and Email from Margery Neale to akp@maples.candw.ky et al | 5/21/1999 | C4-020606 |
| 0040 | Email from Francesco Piovanetti to Sarah Wang | 5/24/1999 | DB 394 |
| 0041 | Email chain between Francesco Piovanetti and Jay Johnston | 5/24/1999 | DB 393 |
| 0042 | Email chain between Gonca Kullen and Anu Murgai et al | 5/24/1999 | TIGERPROD00000251 |
| 0043 | Email chain between Gonca Kullen and Anu Murgai et al | 5/24/1999 | TIGERPROD00000251 |
| 0044 | Tiger Emails, including chain between Gonca Kullen and Anu Murgai et al | 5/24/1999 and 5/25/1999 | TIGERPROD00000247, 249 |
| 0045 | MACRO Positions as of 5/24/1999 | 5/24/1999 | TIGERPROD00000745 |
| 0046 | Tiger Management LLC Internal Trade Ticket | 5/25/1999 | TIGERPROD00000185 |
| 0047 | Fax from Jon Grenzke to Francesco Piovanetti w/attachment | 5/25/1999 | DB00017 - 19 |
| 0048 | Email from Francesco Piovanetti to Jay Johnston | 5/25/1999 | DB 391 |

| DX# | Document Description | Date | Bates # |
|---|---|---|---|
| 0049 | Email chain between Jay Johnston and Francesco Piovanetti | 5/25/1999 | DB 392 |
| 0050 | Email chain between Jay Johnston and Francesco Piovanetti | 5/25/1999 | DB 390 |
| 0051 | Email chain between Jay Johnston and Francesco Piovanetti | 5/25/1999 | DB 389 |
| 0052 | Email from Francesco Piovanetti to Laurence Schreiber | 5/25/1999 | DB 388 |
| 0053 | Email from Francesco Piovanetti to Laurence Schreiber | 5/28/1999 | DB 387 |
| 0054 | Fax from Laurence Schreiber to Jim DiBiase | 6/1/1999 | B6-000136 |
| 0055 | Indicative Terms and Conditions of the Prepaid Swap | 6/1/1999 | B5-000984 |
| 0056 | Memorandum from Joseph Aird to Edgar Culman and Edgar Culman, Jr. | 6/2/1999 | GCMM-0000325 |
| 0057 | Tiger Management LLC Internal Trade Ticket | 6/3/1999 | TIGERPROD00000183 |
| 0058 | Fax (re Share Purchase Agreement) | 6/3/1999 | B6-000051 |
| 0059 | Fax from Jim DiBiase to Lisa Hauptman w/attachments | 6/3/1999 / 6/4/1999 | B6-000054 - B6-000064 |
| 0060 | Share Purchase Agreement (Ocelot (Cayman) Ltd.) (not fully executed) | 6/3/1999 / 6/4/1999 | B6-000081 - B6-000085 |

| DX# | Document Description | Date | Bates # |
|---|---|---|---|
| **0061** | Email from Jon Grenzke to Francesco Piovanetti | 6/4/1999 | DB 386 |
| **0062** | Fax from Laurence Schreiber to Joseph Aird & Janet Krajewski w/attachment | 6/8/1999 | DB00064 - DB00067 |
| **0063** | Fax from Laurence Schreiber to Janet Krajewski | 6/8/1999 | DB00048 - DB00050 |
| **0064** | Letter from Deutsche Bank Securities Inc. to Nancy Zimmerman / RRA | 6/8/1999 | B6-000092 - B6-000093 |
| **0065** | Letter from Deutsche Bank Securities Inc. to Nancy Zimmerman / FFIP | 6/8/1999 | B6-000096 - B6-000097 |
| **0066** | Fax from Jim DiBiase to Francesco Piovanetti | multiple dates | B6-000108 - B6-000111 |
| **0067** | Fax from Margery Neale to Nancy Zimmerman w/attachment | 6/16/1999 | H1 0001151 - H1 0001154 |
| **0068** | Fax from Laurence Schreiber to Janet Krajewski | 6/16/1999 | GCMM-0000937 |
| **0069** | Email chain between Francesco Piovanetti and Laurence Schreiber | 6/17/1999 | DB 383 |
| **0070** | Fax from Deutsche Bank | 6/18/1999 | GCMM-0000935 |
| **0071** | Fax from Laurence Schreiber to Janet Krajewski et al | 6/18/1999 | GCMM-0001080 - 1081 |
| **0072** | Fax from David Blue to Laurence Schreiber et al w/attachment | 6/19/1999 | B5-001768 - B5-001790 |

| DX# | Document Description | Date | Bates # |
|---|---|---|---|
| 0073 | Fax from Deutsche Bank | 6/21/1999 | GCMM-0000835 - 837 |
| 0074 | Fax from David Blue to Laurence Schreiber et al w/attachment | 6/22/1999 | B5-001471 - B5-001472 |
| 0075 | Fax from David Blue to Laurence Schreiber et al w/attachment | 6/22/1999 | B5-001851 - B5-001872 |
| 0076 | Fax from David Blue to Laurence Schreiber et al w/attachment | 6/22/1999 | B5-001809 - B5-001850 |
| 0077 | Memorandum from Joseph Aird to Files | 6/22/1999 | GCMM-0000323 - 324 |
| 0078 | Email from Jon Grenzke to Francesco Piovanetti | 6/22/1999 | DB 382 |
| 0079 | Email chain between Francesco Piovanetti and Laurence Schreiber | 6/22/1999 | DB 381 |
| 0080 | Bloomberg from Laurence Schreiber | 6/22/1999 (?) | B5-001253 |
| 0081 | Email chain between Francesco Piovanetti and Laurence Schreiber | 6/22/1999 | DB 380 |
| 0082 | Fax from Laurence Schreiber / Francesco Piovanetti to Nancy Zimmerman / Jon Grenzke with cc to Jay Johnston | 6/22/1999 | DB00088 / DB0090 |
| 0083 | Fax from David Blue to Laurence Schreiber et al w/attachment | 6/23/1999 | H1 0001069 - H1 0001072 |
| 0084 | Fax from David Blue to Laurence Schreiber et al w/attachment | 6/23/1999 | B5-001891 - B5-001929 |

| DX# | Document Description | Date | Bates # |
|---|---|---|---|
| 0085 | Email from Francesco Piovanetti to Laurence Schreiber | 6/23/1999 | DB 379 |
| 0086 | Fax from Jon Grenzke to Francesco Piovanetti w/attachment | 6/23/1999 | DB00091 - DB00093 |
| 0087 | Letter from Deutsche Bank Securities Inc. to Russian Recovery Fund, Russian Recovery Advisors, FFIP, LP, and Bracebridge Capital, LLC | 6/24/1999 | B6-000117 - B6-000119 |
| 0088 | Fax from Jim DiBiase to Francesco Piovanetti w / Letter from Deutsche Bank Securities Inc. to Russian Recovery Fund, Russian Recovery Advisors, FFIP, LP, and Bracebridge Capital, LLC | 6/24/1999 | DB00038 - DB00041 |
| 0089 | Assignment and Assumption Agreement | 6/24/1999 | GCC00370 - GCC00375 |
| 0090 | Letter from Margery Neale to James DiBiase w/enclosures | 6/28/1999 | H1 0000222 - H1 0000224 |
| 0091 | Letter from Francesco Piovanetti to Jim DiBiase w/enclosures | 6/28/1999 | B5-001967 - B5-001971 |
| 0092 | Email from Felix Hofmann to Francesco Piovanetti | 6/29/1999 | DB 378 |
| 0093 | Email from Francesco Piovanetti to Laurence Schreiber | 6/29/1999 | DB 377 |
| 0094 | Amended Form 8264 Application for Registration of a Tax Shelter | 6/29/1999 | DB 1006 - DB 1009 |
| 0095 | Email chain between Jon Grenzke, Charles Holden, Jim DiBiase et al | multiple dates | B2-002887 - B2-002888 |
| 0096 | Email chain between Jon Grenzke, Charles Holden, Jim DiBiase et al | multiple dates | B2-002851 - B2-002852 |

| DX# | Document Description | Date | Bates # |
|---|---|---|---|
| 0097 | Email chain between Jon Grenzke, Charles Holden, Jim DiBiase et al | multiple dates | B2-002853 - B2-002854 |
| 0098 | GL Account Distribution Review | 6/30/1999 | B3-002854 |
| 0099 | Email from Felix Hofmann to Francesco Piovanetti | 7/1/1999 | DB 376 |
| 0100 | Email chain between Francesco Piovanetti and Felix Hoffman | 7/1/1999 | DB 375 |
| 0101 | Email chain between Francesco Piovanetti and Laurence Schreiber et al | 7/1/1999 | DB 374 |
| 0102 | Email chain between Francesco Piovanetti and Laurence Schreiber et al | 7/1/1999 | DB 373 |
| 0103 | Email from Jon Grenzke to Nancy Zimmerman | 7/12/1999 | B2-002974 - B2-002983 |
| 0104 | Letter from Nancy Zimmerman to Joseph Aird | 7/13/1999 | GCMM-0000115 - 117 |
| 0105 | Email from Francesco Piovanetti to Laurence Schreiber | 7/14/1999 | DB 372 |
| 0106 | Email chain between Laurence Schreiber and Francesco Piovanetti | 7/14/1999 | DB 371 |
| 0107 | Email from Francesco Piovanetti to Jay Johnston | 7/14/1999 | DB 370 |
| 0108 | Email from Francesco Piovanetti to Jay Johnston | 7/15/1999 | DB 369 |

| DX# | Document Description | Date | Bates # |
|---|---|---|---|
| 0109 | Email chain between Francesco Piovanetti and Laurence Schreiber et al | 7/16/1999 | DB 368 |
| 0110 | Letter from RRA to Laurence Schreiber | multiple dates | H2 0000002 - H2 0000004 |
| 0111 | Email chain between Jim DiBiase and Jon Grenzke et al | 7/22/1999 - 7/23/1999 | B2-003590 - B2-003591 |
| 0112 | Letter from Bryan Chegwidden to James DiBiase w/attachment | 7/30/1999 | B3-002139 - B3-002141 |
| 0113 | Letter from Bryan Chegwidden to James DiBiase w/attachment | 8/4/1999 | B3-002136 - B3-002138 |
| 0114 | Letter from RRA to GCMM Co., Inc. | 8/5/1999 | GCMM-0000167 - 173 |
| 0115 | Memorandum from Joseph Aird to Edgar Culman and Edgar Culman, Jr. | 8/9/1999 | GCMM-0000332 |
| 0116 | Fax from Irving Salem to Jim DiBiase w/attachment | 8/10/1999 | B5-001974 - B5-001975 |
| 0117 | Fax from Irving Salem to Jim DiBiase w/attachment | 8/12/1999 | B5-001980 - B5-001979 |
| 0118 | Fax from Irving Salem to Jim DiBiase w/attachment | 9/9/1999 | B5-001978 and B5-001976 |
| 0119 | Fax from Paul Bacanovic | 9/13/1999 | B5-000922 - B5-000925 |
| 0120 | Letter (unsigned) from Nancy Zimmerman to Janet Krajewski | 9/13/1999 | F1-000209 - F1-000210 |

| DX# | Document Description | Date | Bates # |
|---|---|---|---|
| 0121 | Cover Letter enclosing General Cigar / Russian Recovery Fund Revised Closing Set | 9/23/1999 | B5-001256 - B5-001470 |
| 0122 | Letter from Jon Grenzke to Janet Krajewski | 10/1/1999 | GCMM-0000141 - 142 |
| 0123 | Letter from Jon Grenzke to Joseph Aird | 10/12/1999 | GCMM-0000146 |
| 0124 | Letter from RRA to GCMM Co., Inc. | 10/13/1999 | F1-000345 - F1-000347 |
| 0125 | Memorandum from Joseph Aird to Files | 11/16/1999 | GCMM-0000019 - 20 |
| 0126 | Letter from Jon Grenzke to Joseph Aird | 11/22/1999 | GCMM-0000157 |
| 0127 | Documents Related to Ernst & Young | multiple dates | B3-002307 - B3-002312 |
| 0128 | Memorandum from Joseph Aird to Files | 12/14/1999 | GCMM-0000017 - 18 |
| 0129 | Fax from Jon Grenzke to Janet Krajewski | 1/14/2000 | GCC00117 - GCC00120 |
| 0130 | Letter from Joseph Aird to Nancy Zimmerman | 1/28/2000 | GCMM-0000158 |
| 0131 | Email chain between Jon Grenzke and Deb Warner | 4/24/2000 | B2-009356 - B2-009357 |
| 0132 | Minutes of GCMM Co., Inc. Board of Directors Meeting October 4, 1999 | (rev) 05/04/2000 | GCMM-0000269 - 272 |

| DX# | Document Description | Date | Bates # |
|---|---|---|---|
| 0133 | Minutes of GCMM Co., Inc. Board of Directors Meeting April 12, 2000 | (rev) 05/04/2000 | GCMM-0000273 - 291 |
| 0134 | Email from Alison Quinn | 8/18/2000 | B2-009887 |
| 0135 | Letter from IRS to Deutsche Bank | 12/5/2000 | DB00104 - DB00105 |
| 0136 | Letter from Deutsche Bank to IRS | 12/20/2000 | DB00106 - DB00109 |
| 0137 | FFIP, LP 12/31/2001 BIL ACCOUNT BALANCE | undated | F3-002180 - F002183 |
| 0138 | 2000 BIL BAL | Mar-02 | B00118, B00120, B00120A - B00120B (doc. #187-2) |
| 0139 | Unsigned Letter from RRF to GCMM Co., Inc. | 8/24/2004 | B5-001981 |
| 0140 | Letter from RRF to GCMM Co., Inc. | 8/24/2004 | B5-001985 - B5-001986 |
| 0141 | Email chain between Raul Perez and Jon Grenzke with cc to Janet Krajewski | 8/25/2004 and 8/31/2004 | B2-010173 - B2-010174 |
| 0142 | Russian Recovery Fund Offering Memorandum | Feb-05 | A1-000912 - A1-000961 |
| 0143 | Various Emails of Ernst and Young and Jim DiBiase w/attachment | Feb-05 / Mar-05 | F3-004335 - F3-004344 |
| 0144 | Letter from Jim DiBiase to Pete Whitley w/attachment | 8/19/2005 | B00187 - B00189 (doc. #187-2) |

| DX# | Document Description | Date | Bates # |
|---|---|---|---|
| **0145** | Letter from Jim DiBiase to Pete Whitley w/attachment | 9/8/2005 | B00191 - B00193 (doc. #187-2) |
| **0146** | Declaration of James DiBiase | 6/1/2007 | (doc. #17) ECF pp. 1-4 |
| **0147** | Declaration of James DiBiase | 5/1/2008 | (doc. #186) pp. 1-3 |
| **0148** | Plaintiff's Response to Defendant's Interrogatories - Set No. 2 | 1/25/2013 | pp. 1-14 |
| **0149** | Plaintiff's Disclosure of the Identity of Witnesses under Rule 26(a)(2)(C) | 7/22/2013 | pp. 1-10 |
| **0150** | Form 1065 U.S. Return of Partnership Income for RRF for 2001 | 8/16/2002 (IRS receipt) | doc. #188 at B00237 - B00245 |
| **0151** | Form 1065 U.S. Return of Partnership Income for FFIP for 2000 | 8/16/2001 (IRS receipt) | doc. #187-2 at B00122 - B00138 |
| **0152** | Form 1065 U.S. Return of Partnership Income for FFIP for 2001 | 08/18/2002 (IRS receipt) | doc. #187-2 at B00154 - B00185 |
| **0153** | Form 1065 U.S. Return of Partnership Income for FFI for 2000 | 08/17/2001 (IRS receipt) | doc. #187-2 at B00140 - B00144 |
| **0154** | Form 1065 U.S. Return of Partnership Income for FFI for 2001 | 8/16/2002 (IRS receipt) | doc. #188 at B00231 - B00235 |
| **0155** | Form 1065 U.S. Return of Partnership Income for Bracebridge Capital LLC for 2000 | 8/17/2001 (IRS receipt) | doc. #188-6 at B00393 - B00410 |
| **0156** | Form 1065 U.S. Return of Partnership Income for Bracebridge Capital LLC for 2001 | 8/19/02 (IRS receipt) | doc. #188-1 at B00251 - B00277 |

| DX# | Document Description | Date | Bates # |
|---|---|---|---|
| 0157 | Form 1065 U.S. Return of Partnership Income for FFIA, L.P. for 2001 | 8/25/2002 (IRS receipt) | doc. #188-2 / doc. #188-3 at B00279 - B00302 |
| 0158 | Form 1065 U.S. Return of Partnership Income for FIFI II, L.P. for 2001 | 8/23/2002 (IRS receipt) | doc. #188-4 at B00304 - B00318 |
| 0159 | Form 1040 U.S. Individual Income Tax Return for Ms. Zimmerman for 2001 | 10/25/2002 (IRS receipt) | doc. #188-5 at B00320 - B00335 |
| 0160 | Form 1040X Amended U.S. Individual Income Tax Return for Ms. Zimmerman for 1999 | 11/20/2002 (signed) | doc. #188-5 at B00364 - B00373 |
| 0161 | Form 1040X Amended U.S. Individual Income Tax Return for Ms. Zimmerman for 2000 | 11/20/2002 (signed) | doc. #188-6 at B00379 - B00386 |
| 0162 | Form 1120S U.S. Income Tax Return for an S Corporation for Fixed Income Associates, Inc. for 2001 | 8/13/2002 (signed) | doc. #188-5 at B00337 - B00357 |
| 0163 | Form 4340 for Ms. Zimmerman for 2001 | 12/3/2008 | doc. #188-5 at B00359 - B00362 |
| 0164 | Form 4340 for Ms. Zimmerman for 1999 | 7/3/2008 | doc. #188-6 at B00375 - B00377 |
| 0165 | Form 4340 for Ms. Zimmerman for 2000 | 7/3/2008 | doc. #188-6 at B00388 - B00391 |
| 0166 | RRF Financial Statements 2002 | | A1-001020 - A1-001035 |
| 0167 | RRF Financial Statements 2003 | | A1-001036 - A1-001052 |
| 0168 | RRF Financial Statements 2004 | | A1-001081 - A1-001095 |

| DX# | Document Description | Date | Bates # |
|---|---|---|---|
| 0169 | 2003 BIL BAL | hard to read | F3-002044 |
| 0170 | 988 SL RELIEF VIA RRF | 5/16/2009 | F3-002045 |
| 0171 | Document Produced by Ernst & Young | undated | EYT-RRF 001016 |
| 0172 | Bracebridge Entities Chart | undated | F3-005618 - F3-005627 |
| 0173 | Loss Allocation Chart | undated | F3-004327 - F3-004328 |
| 0174 | Chart Produced by Plaintiffs | undated | B4-000707 |
| 0175 | Response to Information Document Request Number PW-01 | undated | D2-000077 - D2-000078 |
| 0176 | Response to Information Document Request Number PW-07 | undated | E2-000003 - E2-000005 |
| 0177 | Response to Information Document Request Number PW-05 | undated | E3-000008 - E3-000009 |
| 0178 | Response to Information Document Request Number PW-07 | undated | E4-000003 |
| 0179 | Bracebridge Capital, L.P.: Profile and Arbitrage Strategies. | undated | GCMM-0000105 - GCMM0000114 |
| 0180 | Handwritten Notes | undated | TIGERPROD00000747 |

| DX# | Document Description | Date | Bates # |
|---|---|---|---|
| 0181 | Fax from Deutsche Bank | 4/27/1999 | GCC00770 |
| 0182 | Ruble Auction Data | 6/2/1999 | G1-000026 |
| 0183 | Fax from Deutsche Bank | 6/4/1999 | GCC00784 |
| 0184 | Fax from Deutsche Bank | 6/8/1999 | GCC00785 |
| 0185 | Email chain between Eric Cressman and Jon Grenzke | 6/8/1999 | G1-000028 |
| 0186 | Fax from Deutsche Bank | 6/16/1999 | GCC00775 |
| 0187 | Chart - The Problem with Transit Accounts | undated | GCC00804 |
| 0188 | Fax from Deutsche Bank | 9/13/1999 | GCMM-0000801 |
| 0189 | RUB Chart | undated | GCMM-0000826 |
| 0190 | Price History | | GCC00762 - GCC00764 |
| 0191 | Flip Book | undated | B1-004940 - B1-004947 |
| 0192 | Expert Report of John M. Lacey, Ph.D. | 12/4/2013 | |

| DX# | Document Description | Date | Bates # |
|---|---|---|---|
| 0193 | Expert Report of Christopher C. Lucas | 12/4/2013 | |
| 0194 | Expert Report of Dr. David DeRosa | 12/4/2013 | |
| 0195 | Expert Rebuttal Report of Dr. David DeRosa | 1/24/1014 | |
| 0196 | Expansion of Expert Rebuttal Report of Dr. David DeRosa | 2/19/2014 | |
| 0197 | Dr. DeRosa's Book "In Defense of Free Capital Markets", including Cover Jacket | | |
| 0198 | Any of the Materials Produced by Plaintiffs in conection with the Expert Report and Expert Rebuttal Report of Dr. Hanke, including all simulations, simulation results, and data for simulations and simulation results | | |
| 0199 | Stipulation (doc. #107) | 11/3/2009 | |
| 0200 | Stipulation (doc. #111) | 3/3/2010 | |
| 0201 | Notice (doc. #114 and doc. #114-1) | 4/13/2010 | |
| 0202 | E-mail from Loretta Richard to Robert Higgins w/attachment | 10/20/2009 | doc. #179-5 at C00002 - C00006 |
| 0203 | E-mail from Justin Wolosz to Robert Higgins w/attachment | 2/19/2010 | doc. #179-5 at C00013 - C00014 |
| 0204 | 30(b)(6) Deposition of Tiger Management LLC and Deposition Exhibits | 6/27/2013 | |

| DX# | Document Description | Date | Bates # |
|---|---|---|---|
| **0205** | Deposition of Anu Murgai and Deposition Exhibits | 2/3/2015 | |
| **0206** | Deposition of William Rice Goodell and Deposition Exhibits | 2/13/2015 | |
| **0207** | Plaintiff's Reponse to Defendant's Proposed Findings | 9/22/2014 | doc. #270-1 |