# In the United States Court of Federal Claims

Nos. 06-30 T and 06-35 T
(consolidated)

**RUSSIAN RECOVERY FUND,
LIMITED, RUSSIAN RECOVERY
ADVISORS, L.L.C., Tax Matters
Partner and RUSSIAN RECOVERY
FUND LIMITED, BRACEBRIDGE
CAPITAL, L.L.C., Tax Matters Partner**

**JUDGMENT**

v.

**THE UNITED STATES**

Pursuant to the court's Opinion, filed August 12, 2015,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is entered for defendant, and the complaints are dismissed. No costs.

|  |  |  |
|---|---|---|
|  | Hazel C. Keahey | |
|  | Clerk of Court | |
| **August 18, 2015** | By: | s/ Debra L. Samler |
|  | Deputy Clerk | |

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $505.00.